United States District Court
Southern District of Texas
**ENTERED**
March 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00676 |
| | § | |
| TXSDI 1127, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Notice of Dismissal filed on March 12, 2025. Doc. #10. In accordance with the Notice of Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant TXSDI 1127, LLC are hereby DISMISSED WITHOUT PREJUDICE. This Order does not affect or operate to exhaust any of Plaintiff's remaining pending claims.

It is so ORDERED.

MAR 27 2025
Date

The Honorable Alfred H. Bennett
United States District Judge